IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM SEYMOUR JONES<br>*Plaintiff-Pro se*<br><br>v.<br><br>PHILADELPHIA FEDERAL CREDIT UNION, *et al.*<br>*Defendants* | : CIVIL ACTION<br>:<br>: NO. 92-2155<br>:<br>:<br>:<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 2nd day of November 2015, upon consideration of Defendants' *motion to dismiss and/or motion for summary judgment,* [ECF 29], Plaintiff's opposition thereto, [ECF 75, 76, and 77], and Plaintiff's "Independent Action" filed pursuant to Federal Rule of Civil Procedure 60(d)(3), [ECF 12], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that Defendants' motion is **GRANTED**, and Plaintiff's independent action is **DISMISSED**.

It is further **ORDERED** that in light of the dismissal of Plaintiff's independent action, any and all remaining outstanding motions are denied as **MOOT**. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.